UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT STANLEY LANE, JR. | CIVIL ACTION |
| VERSUS | NO: 19-3449 |
| DARREL VANNOY, ET AL. | SECTION: "A" (1) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge Janis Van Meerveld, and the failure of the Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge Van Meerveld and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the federal application seeking habeas corpus relief filed by Robert Stanley Lane, Jr., is **DISMISSED WITH PREJUDICE.**

May 5, 2020

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE